IN THE MATTER OF THE APPLICATION OF JOSEPH F. NARDIELLO FOR LEAVE TO TAKE THE BAR EXAMINATIONS.

Argued May 3, 1938—Decided June 4, 1938.

Before Justices TRENCHARD, PARKER and PERSKIE.

For the applicant, *John J. Clancy.*

For the Essex County Bar Association, *Milton M. Unger.*

PER CURIAM.
The application is denied.